# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| BENJAMIN BRUNO DELGRANDE,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 71910 |
| BENJAMIN BRUNO DELGRANDE,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 71950 ✔ |

**FILED**

MAY 08 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are appeals from judgments of conviction. Seventh Judicial District Court, White Pine County; Gary Fairman, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of these appeals. Counsel advises this court that he has informed appellant of the legal consequences of voluntarily withdrawing these appeals, including that appellant cannot hereafter seek to reinstate these appeals, and that any issues that were or could have been brought in these

17-15110

appeals are forever waived.  Having been so informed, appellant consents to a voluntary dismissal of these appeals.  Cause appearing, we

ORDER these appeals DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Gary Fairman, District Judge
      Dylan V. Frehner
      Attorney General/Carson City
      White Pine County District Attorney
      Benjamin Bruno DelGrande
      White Pine County Clerk

---

[1]Because no remittitur will issue in these matters, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.